IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00890-REB-MEH

RICHARD M. PAUL,

    Plaintiff,

v.

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2008.**

    Defendant's Unopposed Motion for Leave to Exceed the Court's Page Limitation [filed July 15, 2008; docket #22] is **granted**. The Court will accept as filed the document found at docket #22-3 and the document's supporting exhibits found at docket #20.